THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL F. YOUNG, INC. | : | CIVIL ACTION |
| | : | NO.  13-02431 |
| v. | : | |
| | : | |
| SENECA INS. CO. | : | |

## ORDER

AND NOW, this 30th day of October, 2014, upon consideration of the motion for summary judgment brought by defendant Seneca Insurance Company. (Dkt. No. 17), the response of plaintiff Daniel F. Young, Inc., all additional replies and responses thereto, and consistent with the accompanying memorandum of law, it is ORDERED that defendant's motion is GRANTED.  JUDGMENT is entered in favor of defendant Seneca Insurance Company and against plaintiff Daniel F. Young, Inc.

The Clerk of Court is directed to mark this case closed for statistical purposes.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.